217 So.2d 413

Estelle Esther HANKS, widow of
Myles Claude LeJEUNE

v.

STATE of Louisiana, Through the DEPART-
MENT OF HIGHWAYS.

No. 49595.

Jan. 24, 1969.

In re: State of Louisiana, through the Department of Highways, applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Acadia. 215 So.2d 150.

Writ refused. On the facts found by the Court of Appeal we find no error of law in the judgment complained of.

217 So.2d 413

HARGROVE, GUYTON, VAN HOOK
& RAMEY et al.

v.

Newton Crain BLANCHARD, Jr.

No. 49601.

Jan. 24, 1969.

In re: Newton Crain Blanchard, Jr., applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 216 So.2d 127.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.